UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL M. EURING, | ) | No. CV 12-8753 ABC (FFM) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: November 1, 2012

_____
AUDREY B. COLLINS
United States District Judge